**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 208 MAL 2017

                 : 

        Respondent    :

                 :    Petition for Allowance of Appeal from

                 :    the Order of the Superior Court

          v.          :

                 :

                 :

JESSE A. GARDNER, JR.,        :

                 :

        Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.